UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Sharankishor Desai

                        Plaintiff,

v.                                                        Case No.: 1:09−cv−00487
                                                            Honorable Milton I. Shadur

John Bucksbaum, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 17, 2009:

      MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum Opinion and Order. Defendants' Motion to dismiss [41][44] is denied in part and granted in part as to Count I and is granted in its entirety as to Counts II and III. Status hearing set for 9/24/2009 at 09:30 AM. to discuss (1) the timing of an answer to the surviving portion of the Complaint as well as (2) the establishment of procedures for moving forward with the litigation.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.