

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 487 | **DATE** | 2/24/2010 |
| **CASE TITLE** | Sharankishor Desai vs. John Bucksbaum, et al | | |

**DOCKET ENTRY TEXT**

Enter Order Preliminarily Approving Settlement, Directing Notice and Scheduling Hearing Date. A settlement hearing will be held on May 19, 2010 at 1:15 p.m. Entered nunc pro tunc February 19, 2010.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|